1   WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
    MATTHEW W. POWELL (SBN 114563)
2   SARAH L. SCOTT (SBN 272670)
    400 Capitol Mall, Twenty-Second Floor
3   Sacramento, CA  95814

4   Telephone:     (916) 441-2430
    Facsimile:     (916) 442-6664
5   mpowell@wilkfleury.com
    sscott@wilkefleury.com
6
    Attorneys for Defendant
7   DAVID W. WALLS, D.O.

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11

12  GAYLEN FINLEY,                          Case No.  2:11-CV-01399-LKK-GGH

13              Plaintiffs,                 **STIPULATION FOR EXTENSION OF
                                            TIME TO RESPOND TO COMPLAINT**
14        v.
                                            Judge:     Judge Karlton
15  DAVID W. WALLS, D.O., and Does 1-20,    Dept.:     Courtroom No. 4
    inclusive,
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

703400.1                                    - 1 -

                        STIPULATION

1    Pursuant to Local Rule 144, Defendant DAVID W. WALLS, D.O. and Plaintiff GAYLEN

2  FINLEY, by and through their duly-authorized attorneys, HEREBY STIPULATE AND AGREE

3  that Defendant shall have additional time in which to respond to the complaint. Pursuant to this

4  stipulation, the last day for Defendant to file and serve his response to the complaint is September

5  16, 2011.

6    SO STIPULATED.

7  DATED:    August 19, 2011         WILKE, FLEURY, HOFFELT,
                                     GOULD & BIRNEY, LLP
8

9

10                                   By:/s/ Matthew W. Powell (authorized 8/19/2011)
                                        MATTHEW W. POWELL
11                                      Attorneys for Defendant
                                        DAVID W. WALLS, D.O.
12

13 DATED:    August 19, 2011         LAW OFFICES OF DAVID W.
                                     HOLOCHUCK
14

15

16                                   By:/s/ David W. Holochuck (authorized 8/19/2011)
                                        DAVID W. HOLOCHUCK
17                                      Attorneys for Plaintiff
                                        GAYLEN FINLEY
18

19

20    **ORDER**

21    GOOD CAUSE APPEARING,

22        IT IS SO ORDERED.

23    DATED: August 22, 2011

24

25

26  LAWRENCE K. KARLTON
    SENIOR JUDGE
27  UNITED STATES DISTRICT COURT

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

703400.1              - 2 -        STIPULATION 2:11-CV-01399-LKK-GGH