1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   MATTHEW W. POWELL (SBN 114563)
2  SARAH L. SCOTT (SBN 272670)
   400 Capitol Mall, Twenty-Second Floor
3  Sacramento, CA  95814

4  Telephone:    (916) 441-2430
   Facsimile:     (916) 442-6664
5  mpowell@wilkfleury.com
   sscott@wilkefleury.com
6
   Attorneys for Defendant
7  DAVID W. WALLS, D.O.

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

| GAYLEN FINLEY, | Case No.  2:11-CV-01399-LKK-GGH |
|---|---|
| Plaintiffs, | **APPLICATION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER** |
| v. | |
| DAVID W. WALLS, D.O., and Does 1-20, inclusive, | Judge:    Judge Karlton<br>Dept.:     Courtroom No. 4 |
| Defendants. | |

18    Pursuant to Local Rule 144, Defendant David W. Walls, D.O. and Plaintiff Gaylen Finley,

19 by and through their counsel of record, HEREBY STIPULATE AND AGREE that Defendant

20 shall have a second extension of time in which to respond to the complaint. This Court has

21 previously granted Defendant an extension of time to respond to the complaint through and

22 including September 16, 2011.

23    The Parties now request a further extension through and including October 7, 2011 for

24 Defendant to file and serve his response to the complaint.  The parties request this further

25 extension because they are in the process of negotiating a resolution of this litigation. The Parties

26 anticipate that they will be able to settle this action prior to the time any additional pleadings need

27 to be filed, if a further extension is granted.

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

710245.1                                  - 1 -

STIPULATION

1  SO STIPULATED.

2  DATED: September 7, 2011          WILKE, FLEURY, HOFFELT,
3                                     GOULD & BIRNEY, LLP

5                                     By:/s/ Matthew W. Powell
6                                          MATTHEW W. POWELL
                                           Attorneys for Defendant
7                                          DAVID W. WALLS, D.O.

8  DATED: September 7, 2011          LAW OFFICES OF DAVID W.
9                                     HOLOCHUCK

11                                    By:/s/ David W. Holochuck (authorized 9/7/2011)
12                                         DAVID W. HOLOCHUCK
                                           Attorneys for Plaintiff
13                                         GAYLEN FINLEY

## ORDER

Having reviewed the Parties application and considered the reasons for the requested extension, the Court hereby grants the Defendant a second extension of time to respond to the complaint. Defendant shall file and serve his response to the complaint on or before October 7, 2011.

IT IS SO ORDERED.

DATED: September 19, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT